McGREGOR W. SCOTT
United States Attorney
TIMOTHY H. DELGADO
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

FILED

MAR 08 2018

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY ______ DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

2:18-CR-0046 KJM

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>CHRISTOPHER ALEXANDER KEMP,<br>Defendant. | CASE NO.<br>VIOLATIONS: 18 U.S.C. § 922(g)(1) – Felon in Possession of a Firearm (2 counts); 18 U.S.C. § 924(d)(1) and 28 U.S.C. § 2461(c) – Criminal Forfeiture |

# INDICTMENT

COUNTS ONE and TWO: [18 U.S.C. § 922(g)(1) – Felon in Possession of a Firearm]

The Grand Jury charges: T H A T

CHRISTOPHER ALEXANDER KEMP,

defendant herein, on or about the dates listed below, in Sacramento County, State and Eastern District of California, having previously been convicted of a crime punishable by a term of imprisonment exceeding one year, namely:

(1) Possession of Cocaine Base for Sale, in violation of California Health and Safety Code, Section 11351.5, on or about February 7, 2011, in San Mateo County, California,

(2) Possession of Cocaine Base for Sale, in violation of California Health and Safety Code, Section 11351.5, on or about November 1, 2012, in Sacramento County, California,

did knowingly possess the firearms listed and described below:

| Count | Date | Firearm Description | Serial No. |
|---|---|---|---|
| 1 | October 8, 2017 | Springfield XD40 pistol | XD589152 |
| | | Glock Model 26 pistol | MCA900 |
| | | Glock Model 19 pistol | BCWS501 |
| | | Glock Model 27 pistol | SUS346 |
| 2 | October 8, 2017 | Taurus Ultra-Lite Revolver | JW65276 |
| | | Ruger P97 DC pistol | 663-55314 |
| | | Ruger P94 pistol | 341-10219 |
| | | Glock Model 26 pistol | MPL439 |

in and affecting commerce, in that said firearms had previously been transported in interstate and foreign commerce, in violation of Title 18, United States Code, Section 922(g)(1).

FORFEITURE ALLEGATION: [18 U.S.C. § 924(d)(1) and 28 U.S.C. § 2461(c) – Criminal Forfeiture]

1. Upon conviction of one or more of the offenses alleged in Counts One and Two of this Indictment, defendant CHRISTOPHER ALEXANDER KEMP shall forfeit to the United States under Title 18, United States Code, Section 924(d)(1), and Title 28, United States Code, Section 2461(c), any firearms involved in or used in the knowing commission of the offenses.

2. If any property subject to forfeiture, as a result of the offenses alleged in this Indictment, for which the defendant is convicted:

    a. cannot be located upon the exercise of due diligence;

    b. has been transferred or sold to, or deposited with, a third party;

    c. has been placed beyond the jurisdiction of the Court;

    d. has been substantially diminished in value; or

    e. has been commingled with other property which cannot be divided without difficulty;

///
///
///
///

INDICTMENT

2

| | |
|---|---|
| 1 | it is the intent of the United States, pursuant to Title 21, United States Code, Section 853(p) and Title 28, |
| 2 | United States Code, Section 2461(c), to seek forfeiture of any other property of the defendant, up to the |
| 3 | value of the property subject to forfeiture. |

A TRUE BILL.

**/s/ Signature on file w/AUSA**

_____
FOREPERSON

_____
McGREGOR W. SCOTT
United States Attorney

No. _ _ _ _ _ _ _ _ _ _

# UNITED STATES DISTRICT COURT

*Eastern District of California*

*Criminal Division*

## THE UNITED STATES OF AMERICA
*vs.*

CHRISTOPHER ALEXANDER KEMP

## INDICTMENT

**VIOLATION(S):** Felon in Possession of a Firearm (2 Counts); and 18 U.S.C. 924(d)(1) and 28 U.S.C. § 2461(c) – Criminal Forfeiture

*A true bill,*  **/s/ Signature on file w/AUSA**

--------------------------------
*Foreman.*

*Filed in open court this* _____ 8 _____ *day*

*of* _ March _ , A.D. 2018

--------------------------------
*Clerk.*

**NO BAIL WARRANT**

Bail, $ _ _ _ _ _ _ _ _ _ _

GPO 863 525

## United States v. Christopher Alexander Kemp
## Penalties for Indictment

**DEFENDANT:** 1) Christopher Alexander Kemp

### COUNTS 1 and 2:

VIOLATION: 18 U.S.C. § 922(g)(1) – Felon in possession of a firearm.

PENALTIES:
- A term of imprisonment for up to 10 years,
- A fine of up to $250,000, or both fine and imprisonment,
- A term of supervised release for up to 3 years.

SPECIAL ASSESSMENT: $100 (mandatory on each count)

### FORFEITURE ALLEGATION:

VIOLATION: 18 U.S.C. § 924(d)(1) and 28 U.S.C. § 2461(c) – Criminal Forfeiture

PENALTIES: As stated in the charging document.