AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
Eastern District of California

| United States of America | ) |
|---|---|
| v. | ) |
| Christopher Alexander Kemp | ) Case No. 2:18-CR-46 KJM |
| | ) |
| | ) |
| | ) |
| *Defendant* | ) |

**FILED**
MAR 27 2018
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY CLERK

2018 MAR -8 PM 1:29

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)* Christopher Alexander Kemp,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment ☐ Superseding Indictment ☐ Information ☐ Superseding Information ☐ Complaint
☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Violation Notice ☐ Order of the Court

This offense is briefly described as follows:

18:922G.F FELON IN POSSESSION OF A FIREARM
(1-2)

Date: 03/08/3018

*Issuing officer's signature*

City and state: Sacramento, California    L. Reader, Deputy Clerk
*Printed name and title*

### Return

This warrant was received on *(date)* 3/8/18, and the person was arrested on *(date)* 3/23/18
at *(city and state)* SACRAMENTO, CA.

Date: 3/23/18

*Arresting officer's signature*

Brian Parker S/A
*Printed name and title*