# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>CHRISTOPHER ALEXANDER KEMP,<br><br>Defendant. | No. 2:18-CR-00046-MCE<br><br><br><br>**ORDER** |

Defendant's Motion to Vacate Sentence (ECF No. 22) is DENIED. The record, including Defendant's criminal history category and his statements to the probation officer make clear that Defendant was well aware he was a felon as required by <u>Rehaif v. United States</u>, 139 S. Ct. 2191 (2019).

IT IS SO ORDERED.

Dated: November 20, 2019

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

1