UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. 2:18-CR-00046-MCE |
|---|---|
| Plaintiff, | |
| v. | **ORDER** |
| CHRISTOPHER ALEXANDER KEMP, | |
| Defendant. | |

On November 21, 2019, this Court filed an order denying Defendant's Motion to Vacate Sentence (ECF No. 22). ECF No. 25. That order was mailed to the pro se Defendant where he is housed at USP Lompoc. On December 13, 2019, the Court docketed a Notice of Appeal filed by Defendant. ECF No. 27. According to that, Defendant deposited that filing in the United States Mail maintained by the prison on December 10, 2019. Even utilizing the December 10 date for calculating the timeliness of Defendant's filing, the notice of appeal was filed after the 14-day deadline, assuming Defendant received the Court's order on the day it was filed. Since it would have been impossible for service by U.S. Mail to have been effectuated the same day, however, and after considering the usual time it takes for mailings from the Court to reach inmates within the federal prison system, the Court now finds that the filing was timely under the mailbox rule.

1

Alternatively, the Court determines an extension of time is appropriate under Federal Rule of Appellate Procedure 4(b)(4), which renders Defendant's notice of appeal timely as well. The Clerk of the Court is directed to serve a copy of this order on the pro se Defendant at his address of record and on the Ninth Circuit Court of Appeals.

IT IS SO ORDERED.

DATED: February 20, 2020

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE