McGREGOR W. SCOTT
United States Attorney
CAMERON L. DESMOND
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile:  (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 2:18-CR-00046-MCE |
|---|---|
| Plaintiff, | STIPULATION REGARDING SCHEDULE FOR DEFENDANT'S MOTION TO REDUCE SENTENCE UNDER 18 U.S.C. § 3582(c)(1)(A); ORDER |
| v. | |
| CHRISTOPHER ALEXANDER KEMP, | |
| Defendant. | |

**STIPULATION**

Plaintiff United States of America (the "government"), by and through its counsel of record, and the defendant, by and through his counsel of record, hereby stipulate as follows:

1.   The defendant filed an amended motion for compassionate release on January 6, 2021. Docket No. 40.  The government's response is due on January 13, 2021, with any reply from the defendant due on January 20, 2021. Docket No. 41.

2.   Counsel for the government requests additional time to obtain relevant records and draft the government's response to the defendant's motion.  The defendant does not oppose the government's request.

3.   Accordingly, by this stipulation, the parties jointly request that the Court set the briefing schedule on the defendant's motion as follows:

   a)   The government's response to the defendant's motion to be filed on or before January 20, 2021;

STIPULATION RE BRIEFING SCHEDULE                                1

b) The defendant's reply to the government's response to be filed on or before January 27, 2021.

IT IS SO STIPULATED.

Dated: January 12, 2021                    McGREGOR W. SCOTT
                                           United States Attorney

                                           /s/ CAMERON L. DESMOND
                                           CAMERON L. DESMOND
                                           Assistant United States Attorney

Dated: January 12, 2021                    /s/ BENJAMIN P. RAMOS
                                           BENJAMIN P. RAMOS
                                           Counsel for Defendant
                                           CHRISTOPHER ALEXANDER
                                           KEMP

**ORDER**

Based upon the stipulation and representations of the parties, the Court adopts the following as a revised briefing schedule regarding the defendant's motion for sentence reduction:

a) The government's response to the defendant's motion, Docket No. 40, is due on or before January 20, 2021;

b) The defendant's reply to the government's response, if any, is due on January 27, 2021.

IT IS SO ORDERED.

Dated: January 14, 2021

MORRISON C. ENGLAND, JR
SENIOR UNITED STATES DISTRICT JUDGE