1
2
3
4
5
6
7

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES,<br><br>　　　　　　　　Plaintiff,<br>　　vs.<br>CHRISTOPHER ALEXANDER KEMP,<br><br>　　　　　　　　Defendant. | Case No. 2:18-cr-00046-MCE-1<br><br>**ORDER ON REQUEST TO SEAL DOCUMENTS** |

　　　　Pursuant to Local Rules 140 and 141, defendant/movant, CHRISTOPHER ALEXANDER KEMP, requests an Order sealing confidential records submitted in this case. Having considered the factors set forth in *Oregonian Publishing Co. v. U.S. District Court for the District of Oregon*, 920 F.2d 1462 (9th Cir. 1990), that Request is hereby GRANTED.

///

///

///

///

///

- 1 -

ORDER ON REQUEST TO SEAL DOCUMENTS

1 | Exhibits 1 through 10 submitted by defendant in support of his amended motion to
2 | reduce sentence, 28 U.S.C. section 3582(c)(1)(A), are ordered sealed.
3 | IT IS SO ORDERED.
4 | Dated: January 15, 2021

MORRISON C. ENGLAND, JR
SENIOR UNITED STATES DISTRICT JUDGE