UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>CHRISTOPHER ALEXANDER KEMP,<br><br>    Defendant. | No. 2:18-CR-00046-MCE<br><br>**ORDER** |

      Defendant Christopher Alexander Kemp ("Defendant") pled guilty to two counts of being a felon in possession of a firearm in violation of 18 U.S.C. § 922(g)(1). He was sentenced on September 13, 2018, to eighty-four (84) months of imprisonment. Presently before the Court is Defendant's Amended Motion to Vacate and/or Reduce Sentence. ECF Nos. 35, 40. The Government opposes Defendant's request. ECF No. 48. Defendant has failed to demonstrate that "extraordinary and compelling circumstances" exist such that his sentence should be reduced immediately to time served.

///
///
///
///

1

Even if he had, he has not come close to demonstrating that he is no longer a danger to society or that an evaluation of the 18 U.S.C. § 3553(a) factors warrants relief. Defendant's Motion is DENIED.

IT IS SO ORDERED.

Dated:  February 25, 2021

MORRISON C. ENGLAND, JR
SENIOR UNITED STATES DISTRICT JUDGE